WALI D. MUHAMMAD v. WILLIAM JEMISON.

July 21, 1980.

Petition for certification denied.

ALI ABDUL HABIB HAKEEM v. NEW JERSEY STATE
PAROLE BOARD.

July 21, 1980.

Petition for certification granted.

RAYMOND MASS, CHIEF OF POLICE v. BOROUGH
OF SHREWSBURY.

July 21, 1980.

Petition for certification denied. (See 174 *N.J.Super.* 25)

CHRISTINE MALCOLM v. NEWARK STAR LEDGER.

July 21, 1980.

Petition for certification denied.